IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC. and<br>CADENCE DESIGN SYSTEMS, INC.,<br><br>  Plaintiffs,<br><br>  v.<br><br>BELL SEMICONDUCTOR, LLC,<br><br>  Defendant. | )<br>)<br>)<br>) C.A. No. 22-1512-CFC<br>)<br>) DEMAND FOR JURY TRIAL<br>)<br>)<br>)<br>)<br>) |

### **DECLARATION OF PILAR G. KRAMAN**

I, Pilar G. Kraman, hereby declare as follows:

1. I am an attorney with Young Conaway Stargatt & Taylor, LLP, counsel of record for Plaintiffs Synopsys, Inc. and Cadence Design Systems, Inc. in the above-captioned case. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction. Unless otherwise stated, I have personal knowledge of the matters stated in this declaration.

2. Attached hereto as **Exhibit 1** are true and correct copies of the First Amended Complaint (D.I. 58) and Exhibits B (D.I. 58-2) and E (D.I. 58-5) thereto, filed in the case captioned *Bell Semiconductor, LLC v. Western Digital Technologies, Inc.*, No. 8:22-cv-01127 (C.D. Cal.).

3. Attached hereto as **Exhibit 2** are true and correct copies of the Complaint (D.I. 1) and Exhibits C (D.I. 1-3) and D (D.I. 1-4) thereto, filed in the

case captioned *Bell Semiconductor, LLC v. Western Digital Technologies, Inc.*, No. 8:22-cv-01592 (C.D. Cal.).

4. Attached hereto as **Exhibit 3** are true and correct copies of the Complaint (D.I. 1) and Exhibit B (D.I. 1-2) thereto, filed in the case captioned *Bell Semiconductor, LLC v. Western Digital Technologies, Inc.*, No. 8:22-cv-01823 (C.D. Cal.).

5. Attached hereto as **Exhibit 4** are true and correct copies of the Complaint (D.I. 1) and Exhibit B (D.I. 1-2) thereto, filed in the case captioned *Bell Semiconductor, LLC v. Western Digital Technologies, Inc.*, No. 8:22-cv-02083 (C.D. Cal.).

6. Attached hereto as **Exhibit 5** are true and correct copies of the First Amended Complaint (D.I. 48) and Exhibit B (D.I. 48-2) thereto, filed in the case captioned *Bell Semiconductor, LLC v. MACOM Technology Solutions Inc.*, No. 1:22-cv-11290 (D. Mass.).

7. Attached hereto as **Exhibit 6** are true and correct copies of the First Amended Complaint (D.I. 42) and Exhibits C (D.I. 42-3) and D (D.I. 42-4) thereto, filed in the case captioned *Bell Semiconductor, LLC v. MACOM Technology Solutions Inc.*, No. 1:22-cv-11386 (D. Mass.).

8. Attached hereto as **Exhibit 7** are true and correct copies of the Complaint (D.I. 1) and Exhibit B (D.I. 1-2) thereto, filed in the case captioned *Bell*

*Semiconductor, LLC v. MACOM Technology Solutions Inc.*, No. 1:22-cv-11719 (D. Mass.).

9. Attached hereto as **Exhibit 8** are true and correct copies of the Complaint (D.I. 1) and Exhibits B (D.I. 1-2) and E (D.I. 1-5) thereto, filed in the case captioned *Bell Semiconductor, LLC v. MACOM Technology Solutions Inc.*, No. 1:22-cv-11788 (D. Mass.).

10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of the AIPLA 2021 Report of the Economic Survey.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 28, 2022, in
Wilmington, DE

_____
Pilar G. Kraman (No. 5199