UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC. and CADENCE DESIGN SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BELL SEMICONDUCTOR, LLC, <br><br> Defendant. | CIVIL ACTION <br><br> No.: 22-1512-CFC <br><br> DEMAND FOR JURY TRIAL |

### Declaration of Henry Sheng

I, Henry Sheng, hereby declare as follows:

1.     I am a Group Director, R&D at Synopsys, Inc. ("Synopsys"). Prior to being promoted to Group Director, I held various responsibilities in Synopsys' research and development organization. I have worked at Synopsys since 1996, when I graduated from University of California, Berkeley with a Ph.D. in Electrical Engineering and Computer Science. Unless otherwise stated, I have personal knowledge of the matters stated in this declaration.

2.     As a result of my work at Synopsys, I have personal knowledge about Synopsys' relationship with its customers, including the agreements under which Synopsys provides customers with access to Synopsys' Electronic Design Automation ("EDA") design tools. I regularly interface with Synopsys customers in my role as Group Director, R&D.

3.     The following companies, each of whom I understand has been accused of patent infringement by Bell Semiconductor, LLC ("BSLLC"), are customers of Synopsys: Advanced Micro Devices ("AMD"), Ambarella, Ampere Computing, ams-OSRAM, Analog Devices ("ADI"), ASMedia Technology, Infineon Technologies, Kioxia, Lattice Semiconductor,

MACOM, Marvell, Maxlinear, Micron, NVIDIA, NXP, Omnivision, Phison Electronics, Qualcomm, Rockchip Electronics, Sequans Communications, Silicon Laboratories, Skyworks Solutions, Socionext, and Western Digital.

4. Synopsys provides its EDA design tools to customers pursuant to license agreements. Synopsys' IC Compiler, IC Compiler II, Fusion Compiler, and IC Validator tools are designed and developed by Synopsys, not its customers. Many of Synopsys's license agreements with customers include defense and/or indemnity provisions in connection with third-party allegations of patent infringement. As a result, twelve customers have provided Synopsys with notice of the lawsuits BSLLC filed against them and requested defense and/or indemnity from Synopsys. To date, while reserving its rights on the question of whether it is obligated to indemnify, given the obligations in the applicable customer license agreements, Synopsys offered to defend five of its customers with respect to BSLLC's allegations that are leveled against the customer's use of Synopsys EDA design tools. One of those customers recently accepted Synopsys' offer of defense and Synopsys-provided counsel will be representing that customer in both district court and ITC proceedings. Synopsys and additional customers continue to discuss and negotiate Synopsys' offer of defense.

5. BSLLC's allegations of patent infringement against Synopsys' customers are harming Synopsys. First, Synopsys has already incurred significant legal costs in connection with investigating BSLLC's allegations and working with customers to defend against those allegations. I understand these costs will only continue to increase in magnitude as BSLLC's lawsuits proceed through the judicial system and as Synopsys-provided counsel begins its representation of one or more customers in both district court and ITC proceedings. Second, BSLLC's allegations have been extremely disruptive to Synopsys' business. Among other things,

Synopsys employees have had to deal with customer's requests for defense and/or indemnity, overseeing outside legal counsel, and collecting and providing information about the operation of Synopsys's EDA design tools in order to defend against BSLLC's allegations. Third, I understand that BSLLC is seeking extensive discovery, both voluminous documents and deposition testimony directly from Synopsys, and has served Synopsys with subpoenas. All of these things require substantial time and interfere with Synopsys employees' normal, day-to-day responsibilities.

6. BSLLC's patent infringement allegations are also likely to harm Synopsys' relationships with its current and prospective customers. At least 3 customers have reached out directly to the business side of Synopsys (as opposed to the legal department) about the BSLLC lawsuits, voicing their expectation that Synopsys will defend and/or indemnify them in connection with the lawsuits. Because the complaints expressly refer to Synopsys and the infringement allegations are based on features of Synopsys' products. Synopsys and at least one customer are in disagreement about the scope of any defense and/or indemnity obligation. Additionally, Bell's allegations could make prospective customers less likely to license EDA design tools from Synopsys, fearing that they too will be accused of infringement by BSLLC.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 27, 2022, in San Mateo, California

DocuSigned by:
Henry Sheng
7E53237253E743D...

Henry Sheng