IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC. and<br>CADENCE DESIGN SYSTEMS, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BELL SEMICONDUCTOR, LLC,<br><br>　　　　　Defendant. | )<br>)<br>)　C.A. No. 22-1512-CFC<br>)<br>)　DEMAND FOR JURY TRIAL<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER REGARDING CLAIM CONSTRUCTION

WHEREAS, Plaintiffs Synopsys, Inc. and Cadence Design Systems, Inc. and Defendant Bell Semiconductor, LLC submitted briefing and made appearances on July 20, 2023 in support of their respective claim construction positions.

Having considered the submissions of the parties, the arguments of counsel, and for the reasons articulated by the Court at the July 20, 2023 *Markman* hearing, the Court adopts the following constructions for the following terms of U.S. Patent No. 7,231,626 ("the '626 patent") and U.S. Patent No. 7,260,803 ("the '803 patent"):

### I.   CLAIM TERMS CONSTRUED AT THE *MARKMAN* HEARING

| Claim Term(s) | The Court's Construction |
|---|---|
| an integrated circuit design<br><br>'626 patent, claims 1-8 | The Court defers ruling on this term. |
| Preamble<br><br>'803 patent, claims 1, 12 | The entirety of the preamble is limiting. |

1

| | |
|---|---|
| dummy metal/ dummy metal objects<br><br>'803 patent, claims 1-8, 10-19, 21-2 | "electrically nonfunctioning metal shapes" |
| dummy fill tool<br><br>'803 patent, claims 1, 12 | consistent with the Court's construction of "dummy metal / dummy metal objects" |
| dummy metal insertion<br><br>'803 patent, claims 1, 12 | consistent with the Court's construction of "dummy metal / dummy metal objects" |
| modified rule check<br><br>'803 patent, claims 10-11, 21-22 | "a design rule check performed using a modified rule deck" |

## II. CLAIM TERMS AGREED UPON BEFORE THE *MARKMAN* HEARING

| Claim Term(s) | Parties' Agreed Construction |
|---|---|
| window<br><br>'626 patent, claims 1–8 | "A rectilinear boundary that encloses an area of the integrated circuit design that is less than the entire area of the integrated circuit design." |

SO ORDERED this  1st  day of  August , 2023.

_____
The Honorable Colm F. Connolly
Chief, United States District Judge