# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC.<br><br>　　Plaintiffs,<br><br>v.<br><br>BELL SEMICONDUCTOR, LLC<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 22-1512-CFC<br>)<br>)<br>)<br>) |

## PLAINTIFF'S DAUBERT MOTION NO. 1 TO EXCLUDE THE
## <u>EXPERT TESTIMONY OF MR. BERG</u>

Synopsys, Inc. ("Synopsys") hereby respectfully moves the Court for an order, substantially similar to the proposed form of order attached hereto, excluding the expert testimony of Bell Semiconductor, LLC's infringement expert, Mr. Berg.

The grounds for this motion are fully set forth in in the accompanying opening brief, filed concurrently with this motion.

OF COUNSEL:

Krista S. Schwartz
Barrington Dyer
Brandon K. Franklin
WILLKIE FARR &
GALLAGHER LLP
One Front Street
San Francisco, CA 94111
(415) 858-7400
kschwartz@willkie.com
bdyer@willkie.com
bfranklin@willkie.com

Shaimaa M. Hussein
WILLKIE FARR &
GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
shussein@willkie.com

Aliza George Carrano
WILLKIE FARR &
GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006
(202) 303-1000
acarrano@willkie.com

Dated: September 18, 2023

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ Anne Shea Gaza
Anne Shea Gaza (No. 4093)
Pilar G. Kraman (No. 5199)
Robert M. Vrana (No. 5666)
Alexis N. Stombaugh (No. 6702)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
pkraman@ycst.com
rvrana@ycst.com
astombaugh@ycst.com

*Attorneys for Synopsys, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC. | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| BELL SEMICONDUCTOR, LLC | ) C.A. No. 22-1512-CFC |
| Defendant. | ) ) ) ) |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S DAUBERT MOTION NO. 1 TO EXCLUDE THE EXPERT TESTIMONY OF MR. BERG

At Wilmington, this _____ day of _____, 20___, having considered Plaintiff's Daubert Motion No. 1 to Exclude the Expert Testimony of Mr. Berg, and all the papers and argument submitted therewith, IT IS HEREBY ORDERED that the motion is GRANTED and the opinions Set forth in the August 4, 2023 Berg Report, the opinions set forth in the September 8, 2023 Berg Reply Report, and the opinions set forth in Sections XV.B through XXI, Section XIV, and Section XV.A of the September 1, 2023 Berg Rebuttal Report are EXCLUDED.

.

_____
The Honorable Colm F. Connolly

## D. DEL. L.R. 7.1.1 CERTIFICATION

The undersigned certifies that counsel for Plaintiff made a reasonable effort to reach agreement with counsel for Defendant on the subject matter of this motion, including oral communications involving Delaware counsel.

| | |
|---|---|
| OF COUNSEL:<br><br>Krista S. Schwartz<br>Barrington Dyer<br>Brandon K. Franklin<br>WILLKIE FARR &<br>GALLAGHER LLP<br>One Front Street<br>San Francisco, CA 94111<br>(415) 858-7400<br>kschwartz@willkie.com<br>bdyer@willkie.com<br>bfranklin@willkie.com<br><br>Shaimaa M. Hussein<br>WILLKIE FARR &<br>GALLAGHER LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8000<br>shussein@willkie.com<br><br>Aliza George Carrano<br>WILLKIE FARR &<br>GALLAGHER LLP<br>1875 K Street, N.W.<br>Washington, DC 20006<br>(202) 303-1000<br>acarrano@willkie.com<br><br>Dated: September 18, 2023 | YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br><br>/s/ *Anne Shea Gaza*<br>Anne Shea Gaza (No. 4093)<br>Pilar G. Kraman (No. 5199)<br>Robert M. Vrana (No. 5666)<br>Alexis N. Stombaugh (No. 6702)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>pkraman@ycst.com<br>rvrana@ycst.com<br>astombaugh@ycst.com<br><br>*Attorneys for Synopsys, Inc.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 18, 2023, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL/FTP**
Timothy Devlin
Andrew DeMarco
Paul Richter (*pro hac vice*)
Christopher Clayton (*pro hac vice*)
Jedediah Phillips (*pro hac vice*)
Jason Wejnert (*pro hac vice*)
Adam Woodward (*pro hac vice*)
Johanna Hendriksen (*pro hac vice*)
Clifford Chad Henson (*pro hac vice*)
Lowell Jacobson (*pro hac vice*)
DEVLIN LAW FIRM LLC
1526 Gilpin Ave.
Wilmington, DE 19806
tdevlin@devlinlawfirm.com
ademarco@devlinlawfirm.com
prichter@devlinlawfirm.com
cclayton@devlinlawfirm.com
jphillips@devlinlawfirm.com
jwejnert@devlinlawfirm.com
awoodward@devlinlawfirm.com
jhendriksen@devlinlawfirm.com
chenson@devlinlawfirm.com
ljacobson@devlinlawfirm.com

BellSemic-DLF-Intl@devlinlawfirm.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Pilar G. Kraman (No. 5199)
Robert M. Vrana (No. 5666)
Alexis N. Stombaugh (No. 6702)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
pkraman@ycst.com
rvrana@ycst.com
astombaugh@ycst.com

*Attorneys for Synopsys, Inc.*