IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC. and CADENCE DESIGN SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BELL SEMICONDUCTOR, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 1:22-cv-01512-CFC <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT BELL SEMICONDUCTOR, LLC'S PARTIAL MOTION FOR SUMMARY JUDGMENT NO. 1 – THIRD PARTY CONFIDENTIAL INFORMATION IS NOT PRIOR ART**

Pursuant to Federal Rule of Civil Procedure 56, Defendant Bell Semiconductor, LLC ("Bell Semic") files this Partial Motion for Summary Judgment No. 1 – Third Party Confidential Information Is Not Prior Art. The grounds for Defendant's motion are fully set forth in Defendant's Concise Statement of Undisputed Facts and Memorandum of Law, filed concurrently herewith.

Dated: September 18, 2023

DEVLIN LAW FIRM LLC

*/s/ Timothy Devlin*
Timothy Devlin (No. 4241)
Paul Richter (*pro hac vice*)
Jason Wejnert (*pro hac vice*)
Jedediah Phillips (*pro hac vice*)
Lowell Jacobson (*pro hac vice*)
Clifford Chad Henson (*pro hac vice*)
Christopher Clayton (*pro hac vice*)

Andrew DeMarco (No. 6736)
Adam Woodward (*pro hac vice*)
Johanna Hendriksen (*pro hac vice*)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com
prichter@devlinlawfirm.com
jwejnert@devlinlawfirm.com
jphillips@devlinlawfirm.com
ljacobson@devlinlawfirm.com
chenson@devlinlawfirm.com
cclayton@devlinlawfirm.com
ademarco@devlinlawfirm.com
awoodward@devlinlawfirm.com
jhendricksen@devlinlawfirm.com

*Attorneys for Defendant*
*Bell Semiconductor, LLC*