IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SYNOPSYS, INC.,                          )
                                         )
              Plaintiff,                 )
                                         )
       v.                                )          Civil Action No. 22-1512-CFC
                                         )
BELL SEMICONDUCTOR, LLC,                 )
                                         )
              Defendant.                 )

## ORDER

At Wilmington on this Seventeenth day of October in 2023, it is HEREBY

ORDERED:

So that the Court can understand the parties' briefing with respect to

Plaintiffs' summary judgment motion no. 1 (D.I. 190), the parties shall each

answer the following questions in a letter filed with the Court no later than October

24, 2023:

1. What is the patented invention?

2. Is the patented invention software?

3. Who has the burden to establish that a claimed invention is capable of

   being marked?

The parties shall provide record citations to support their answers to questions 1 and 2.  The parties shall provide legal citations to support their answers to question 3.

_____
Chief Judge