IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNOPSYS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 22-1512-CFC |
| BELL SEMICONDUCTOR, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE**

WHEREAS, Defendant Bell Semiconductor, LLC and Plaintiff Synopsys, Inc. (each a "Party" and collectively, the "Parties") have now entered an agreement to resolve all claims, counterclaims and defenses asserted by both sides in this case.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel and subject to the approval of the Court, that all claims, counterclaims and defenses of each Party against the other are hereby dismissed, with prejudice. Each Party shall bear its own costs, expenses, and attorneys' fees for this case.

Dated: December 19, 2023

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | DEVLIN LAW FIRM LLC |
| /s/ Anne Shea Gaza | /s/ Timothy Devlin |
| Anne Shea Gaza (No. 4093) | Timothy Devlin (No. 4241) |
| Pilar G. Kraman (No. 5199) | Andrew DeMarco (No. 6736) |
| Robert M. Vrana (No. 5666) | 1526 Gilpin Avenue |
| Alexis N. Stombaugh (No. 6702) | Wilmington, DE 19806 |
| Rodney Square | (302) 449-9010 |
| 1000 North King Street | tdevlin@devlinlawfirm.com |
| Wilmington, DE 19801 | ademarco@devlinlawfirm.com |
| (302) 571-6600 | |
| agaza@ycst.com | *Attorneys for Defendant* |
| pkraman@ycst.com | *Bell Semiconductor, LLC* |
| rvrana@ycst.com | |
| astombaugh@ycst.com | |

*Attorneys for Plaintiff*
*Synopsys, Inc.*

IT IS HEREBY ORDERED this 20th day of December, 2023.

_____
The Honorable Colm F. Connolly
Chief, United States District Judge